AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**VICENTE GUERRERO PEREZ**

Case Number:    **CR-03-00001-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | Tuesday, February 13, 2007 at 11:15 a.m. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title     18     United States Code, Section(s)     3583

Brief description of offense:

(See the Petition for Warrant or Summons for Offender Under Supervision and Order filed on February 5, 2007)

**RECEIVED**
FEB 8 2007
US MARSHALS SERVICE-GUAM

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Hernandez*
Signature of Issuing Officer

**February 6, 2007**
Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]   Date   2/13/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

US District Court, Hazard, Ga—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   2/13/07
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.