TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00001-001 |
| Plaintiff, | ) | |
| vs. | ) | **SUBSTITUTION OF COUNSEL** |
| VICENTE GUERRERO PEREZ, | ) | |
| Defendant. | ) | |

----------

It is hereby STIPULATED and AGREED that the law offices of Teker Torres & Teker, P.C. be substituted in the place and stead of the law offices of Arriola Cowan & Arriola, as the attorneys for Defendant, VICENTE GUERRERO PEREZ.

TEKER TORRES & TEKER, P.C.

Dated: February 13, 2007

By: _____
PHILLIP TORRES, ESQ.

ARRIOLA COWAN & ARRIOLA

Dated: February 13, 2007.

By: _____
JOAQUIN C. ARRIOLA, JR., ESQ.

ORIGINAL