# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: CR-03-00001                    DATE: February 13, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 11:16:32 - 11:23:07
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant:  Vicente Guerrero Perez            Attorney:  Phillip Torres
☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson                    U.S. Agent:
U.S. Probation: John San Nicolas              U.S. Marshal: D. Punzalan
Interpreter:                                              Language:

---

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release
Conditions Should Not Be Revoked**

- The Court approved the substitution of counsel filed by Phillip Torres.
- Evidentiary hearing set for: March 16, 2007 at 10:00 a.m.
- Defendant to remain released and admonished to abide by his supervised release conditions
  as well as the release conditions imposed by the Superior Court of Guam.

NOTES: