**RECEIVED**

FEB 15 2007

US MARSHALS SERVICE-GUAM

AO 89 (Rev. 4/91) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  GUAM

UNITED STATES OF AMERICA

V.

VICENTE GUERRERO PEREZ

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 03-00001

**FILED**
DISTRICT COURT OF GUAM

FEB 23 2007

MARY L.M. MORAN
CLERK OF COURT

TO:  Ms. Jeanifer Perez

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court 520 West Soledad Ave. Hagatna, Guam | COURTROOM Fourth Floor |
|---|---|
| | DATE AND TIME March 16, 2007 10:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Mary L. M. Moran | DATE |
|---|---|
| (By) Deputy Clerk | February 14, 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Karon V. Johnson, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

ORIGINAL

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2/15/07 | USMS Hagatna Gu |
| SERVED | DATE 2/23/07 | PLACE Guma San Jose, Harmon, Gu |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Jennifer Perez | YES    NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| David A. Punzolan | CI - DUSM |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     2/23/07
_____
DATE

_____
SIGNATURE OF SERVER

USMS Hagatna Gu
_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION