# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00001        DATE: March 16, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:45:25 - 11:35:45
CSO: B. Benavente

**APPEARANCES:**

Defendant: Vicente Guerrero Perez      Attorney: Samuel S. Teker

☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: John San Nicolas      U.S. Marshal: D. Punzalan / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Evidentiary Hearing**
- Witness sworn and examined - see attached Exhibit and Witness List, AO Form 187.
- Oral argument by Government and Defense.
- Report and Recommendation to be issued.
- Defendant to remain released.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

United States of America

v.

**Vicente Guerrero Perez**

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-03-00001**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **JOAQUIN V.E. MANIBUSAN, JR.** | **KARON JOHNSON** | **SAMUEL S. TEKER** |

| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| March 16, 2007 | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Jeannifer Perez, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 11:02:09 end DX |
| | | | | | | CX by Mr. Teker |
| | | | | | | 11:09:55 end CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | **11:11:08 end Re-DX; witness excused** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page -1-