PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender:   **Vicente Guerrero Perez**                               Case Number:  **CR 03-00001-001**

Name of Sentencing Judicial Officer:  John S. Unpingco

Date of Original Sentence:          July 2, 2003

Original Offense:   Use of a Communication Facility in Facilitating a Controlled Substance Offense, in violation of 21 U.S.C. § 843(b).

Original Sentence:   48 months imprisonment, followed by a one year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; undergo a mental health assessment and treatment if recommended; obtain and maintain gainful employment; perform 100 hours of community service; and pay a $100 special assessment fee. **Violation Report filed on February 5, 2007**, for an arrest for family violence and assault and for criminal mischief and theft of utilities. The Court ordered that supervision continue.

Type of Supervision:  **Supervised Release**                        Date Supervision **September 20, 2006**

---

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

     1.                Tested positive for methamphetamine. [18 U.S.C. § 3583(d)]

On April 25, 2006, Vicente Perez tested presumptive positive for methamphetamine at the drug testing vendor. The sample was sent to Scientific Testing Laboratories, Inc., because he denied use of illicit substances. On April 26, 2007, Mr. Perez reported to the U.S. Probation Office as required and met with U.S. Probation Officer Robert I. Carreon to discuss his noncompliance with drug testing. Though he denied use at the drug testing vendor, Mr. Perez executed an admission form, admitting to using "meth" on April 25, 2006. Mr. Perez expressed remorse for his violation and stated he will refrain from future illicit drug use.

With the exception listed above, Mr. Perez has tested consistently negative for illicit drug and alcohol use and has been compliant with his mental health treatment program, which focuses on family therapy issues. In addition, he is gainfully employed as a laborer with a construction company. Mr. Perez has a balance of 53 hours of community service, with the last performance on April 28, 2007. Furthermore, he paid his special assessment fee on July 15, 2003, and submitted to a DNA sample of his blood on July 5, 2006. As a result of his positive drug test, he has been regressed in the substance abuse treatment and testing program.

This report is submitted for the Court's information only, and no action is requested at this time. Mr. Perez has been warned that sanctions will result from any additional violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:  Respectfully submitted,

/s/ ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

/s/ JOHN W. SAN NICOLAS II  
U.S. Probation Officer

Date: May 8, 2007  Date: May 8, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision.

☐ Submit a Request for Warrant or Summons.

☐ No Action.

☐ Other.